UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                    **JS-6**

| | | | |
|---|---|---|---|
| Case No. | **CV 20-7049-CBM(Ex)** | Date | NOVEMBER 28, 2023 |

| | |
|---|---|
| Title | J. Reyes Enriquez v. City of Gardena et al |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      **In Court**      **X**   **In Chambers**      **X**      **Counsel Notified**

Case is ordered closed pursuant to the stipulation to dismiss case with prejudice,  filed on November 27, 2023 [41].     Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties